JOHN G. and THEODORE CAMPBELL, appellants,

*v.*

ABRAM COCHRAN, administrator &c. of the estate of Jason Elwell, deceased, respondents.

On appeal from a decree of the chancellor reported in *Cochran v. Elwell, 1 Dick. Ch. Rep. 333.*

*Mr. Martin P. Grey,* for the appellants.

*Mr. Clement H. Sinnickson,* for Cochran, administrator, respondent.

*Mr. William E. Potter,* for Hitchner et al., respondents.

LeGendre *v.* Byrnes.

PER CURIAM.

Decree below affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, SMITH, WHITAKER—11.

*For reversal*—None.